

This Cover Page can be Scanned into an ECMS Scanner or Faxed to 646-610-6900.

## Case Command :295 - 73 DET SQUAD
Case Number :2020-2762
Tracking Number :64678953



#1 Charles Powell  4/7/2021 1445 hrs





#2 Brian Castro  4/1/21 1440 hrs.