FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD

Date of entry   10/15/2021

On Wednesday October 6, 2021, FBI Special Agent Michael Savona received information related to target subject CHARLES POWELL from Detective Daniel Findlay of Paterson Police Department. The document outlined recent contact with POWELL by the Paterson Police Department which consisted of the following:

5/27/2016 - Arrest for unlawful possession of a weapon. POWELL provided the address 185 West Broadway, Paterson, NJ.

8/09/2020 - Victim of a non-fatal shooting in the vicinity of 326 Park Avenue, Paterson, NJ. POWELL provided his home address of 87 2nd Street, Newark, NJ.

A copy of the police report is being attached to this communication in a 1A.

Investigation on 10/06/2021 at New York, New York, United States (Email)

File # 281D-NY-3480299          Date drafted 10/08/2021

by Michael Savona Jr.

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.